FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 08 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

&AO 245B   (Rev. 09/11) Judgment in a Criminal Case
Sheet 1   Revised by WAED - 06/13

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| ROBERT A. TUFT | Case Number:   CR-90-102-JLQ |
| | USM Number:   17325-086 |

Date of Original Judgment        09/24/1990

Richard B. Kayne
Defendant's Attorney

- [✓] Correction of Sentence for Clerical Mistake (Fed. R. Crim. P.36)
- [✓] **CORRECTING TITLE & SECTION AND NATURE OF OFFENSE ONLY **- Pursuant to Order - ECF No. 26 filed 7/3/14

## THE DEFENDANT:

- [✓] pleaded guilty to count(s)    1 of the Indictment
- [ ] pleaded nolo contendere to count(s)
  which was accepted by the court.
- [ ] was found guilty on count(s)
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 2113(a) | BANK ROBBERY | 04/09/90 | 1 |

The defendant is sentenced as provided in pages 2 through    5    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s)
- [ ] Count(s) _____  [ ] is  [ ] are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

9/20/1990
Date of Imposition of Judgment

Signature of Judge

The Honorable Justin L. Quackenbush        Senior Judge, U.S. District Court
Name and Title of Judge

July 8, 2014
Date

Defendant: ROBERT A. TU__

Case Number: CR-90-102-JLQ

Judge...ent - Page 2 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 63 months, with credit for time served since April 9, 1990.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

_____ at _____,

with a certified copy of this judgment.

                                    _____
                                    United States Marshal

                                    By: _____
                                        Deputy Marshal

Defendant: ROBERT A. TU.._                      Judgement      Page 3 of 5
Case Number: CR-90-102-JLQ

## SUPERVISED RELEASE


Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years.

While on supervised release, the defendant shall not commit another federal, state or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).  If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution.  The defendant shall comply with the following additional conditions:


The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.


The defendant shall not possess a firearm or destructive device.


### STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime.  In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer within 72 hours of any change in residency or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm the defendant's compliance with such notification requirement.

Defendant: ROBERT A. TU..                    Judgement - Page 4 of 5
Case Number: CR-90-102-JLQ

## FINE

    The defendant shall pay a fine of $-0-.  The fine includes any costs of incarceration and/or supervision.


THE COURT FINDS THAT DEFENDANT IS NOT ABLE AND EVEN WITH THE USE OF A REASONABLE INSTALLMENT SCHEDULE IS NOT LIKELY TO BE ABLE TO PAY ALL OR PART OF FINE, COST OF INCARCERATION, PROBATION OR SUPERVISED RELEASE AS REQUIRED.

Defendant: ROBERT A. TU..                    Judgement – Page 5 of 5
Case Number: CR-90-102-JLQ

## STATEMENT OF REASONS

The court adopts the factual findings and guideline application in the presentence report.

## Guideline Range Determined by the Court

Total Offense Level: 20

Criminal History Category: V

Imprisonment Range: 63 to 78 months

Supervised Release Range: 2 to 3 years

Fine is waived or below guideline range because of defendants inability to pay.